**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES<br>DEPARTMENT OF LABOR,<br><br>     Plaintiff,<br><br>     v.<br><br>B.E.S.T. PACKING SERVICES, INC.,<br>D/B/A B.E.S.T. PACKING SERVICES,<br>EVENDY SUJOKO AND ANDREAS<br>HARYONO,<br><br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 20-2702<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

**MOTION TO APPROVE CONSENT JUDGMENT**

Plaintiff, Eugene Scalia, Secretary of Labor, United States Department of Labor ("Plaintiff"), having filed his Complaint in this matter, submits this Motion asking the Court to approve the proposed consent judgment attached as Exhibit A. Defendants have indicated their consent to entry of the Consent Judgment by their signatures on the proposed consent judgment. This filing has been served on Defendants at the following email addresses: bestpackingservices@yahoo.com and evendy_s@yahoo.com.

WHEREFORE, the Secretary respectfully requests that the Court approve the proposed Consent Judgment.

June 9, 2020                           Respectfully submitted,


Mailing Address:                       **UNITED STATES DEPARTMENT OF LABOR**

U.S. Department of Labor
Office of the Regional Solicitor       Kate S. O'Scannlain
170 S. Independence Mall West          Solicitor of Labor
Suite 630E, The Curtis Center          Oscar L. Hampton III
Philadelphia, PA 19106                 Regional Solicitor
                                       Adam Welsh
(215) 861-5128 (voice)                 Counsel for Wage and Hour
(215) 861-5162 (fax)
luby.andrea@dol.gov                    */s/ Andrea Luby*
                                       Andrea Luby
                                       Senior Trial Attorney